JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYAUNTE H. COUSIN,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL MOISA,<br><br>                Defendant. | Case No. 2:23-08350 SPG (ADS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED: August 13, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE